

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 17, 2014

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Patrick Barry Montgomery
Attorney At Law
111 Soledad Street, Suite 300
San Antonio, TX 78205

RE:     Court of Appeals Number:     04-13-00789-CR
        Trial Court Case Number:     2013CR3592
        Style:  John Christopher Dominguez
                v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00789-CR

John Christopher **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3592
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was due February 28, 2014, but was not filed. The clerk of this court notified appellant's counsel of the deficiency by letter dated March 4, 2014. *See* TEX. R. APP. P. 38.8(b)(2). The letter required appellant to respond in writing within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We received no response.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we ordered the appeal abated and remanded to the trial court. We further ordered the trial court to conduct a hearing to determine: (1) whether appellant desires to prosecute his appeal, and (2) whether appointed counsel has abandoned the appeal.

After the hearing, the trial court made findings of fact as required by this court, and the findings were filed in this court in a supplemental clerk's record. Additionally, a supplemental reporter's record of the abandonment hearing was filed in this court. After the hearing, the trial court found appellant still desired to appeal and appellate counsel, who is retained, had not abandoned the appeal. However, appellant's counsel provided the trial court with no information as to when he intended to file the brief, nor has he filed a motion to extend time to file the brief in this court.

Accordingly, we **ORDER** appellant to file the brief in this court on or before May 29, 2014, which is ninety days from the original due date of February 28, 2014. Appellant is advised that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES. APPELLANT IS FURTHER ADVISED THAT RETAINED COUNSEL'S DEMANDING WORK SCHEDULE IS NOT AN EXTRAORDINARY CIRCUMSTANCE.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court